**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murphy, Timothy James** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Murphy, Linda Sue** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   **xxx-xx-5291** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   **xxx-xx-6251** |

| Street Address of Debtor (No. and Street, City, and State):<br>**324 East Walnut Street**<br>**Roselle, IL** | ZIP CODE<br>**60172** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**324 East Walnut Street**<br>**Roselle, IL** | ZIP CODE<br>**60172** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Du Page** | | County of Residence or of the Principal Place of Business:<br>**Du Page** | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Timothy James Murphy**<br>**Linda Sue Murphy** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  /s/ Joseph C. Michelotti**                    12/31/2009<br>    **Joseph C. Michelotti**                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): **Timothy James Murphy** |
| *(This page must be completed and filed in every case)* | **Linda Sue Murphy** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Timothy James Murphy
_____
**Timothy James Murphy**

**X** /s/ Linda Sue Murphy
_____
**Linda Sue Murphy**

_____
Telephone Number (If not represented by attorney)

**12/31/2009**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Joseph C. Michelotti
_____
**Joseph C. Michelotti**      Bar No. **6185760**

**Michelotti & Associates, Ltd.**
**1200 Jorie Blvd**
**Suite 329**
**Oak Brook, IL 60523**

Phone No.**(630) 928-0100**      Fax No.**(630) 928-0183**

**12/31/2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
**X**_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re **Timothy James Murphy**                    Case No. _____
    **Linda Sue Murphy**                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence<br>324 East Walnut Street, Roselle, Illinois | | J | $310,000.00 | $0.00 |
| | | **Total:** | **$310,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Timothy James Murphy**                      Case No. _____
      **Linda Sue Murphy**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Tim's 401K Retirement Account John Hancock USA | H | $55,000.00 |
| | | Checking Account Harris Bank, Roselle | J | $500.00 |
| | | Health Care Savings Account (HSA) American Chartered Bank | H | $1,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 5 Dressers Primary Residence | J | $50.00 |
| | | Queen Bed Primary Residence | J | $25.00 |
| | | Twin Bed Primary Residence | J | $10.00 |
| | | Bunk Beds Primary Residence | J | $25.00 |
| | | Desk Primary Residence | J | $10.00 |
| | | 3 sets of Bookshelves Primary Residence | J | $15.00 |
| | | Dishes, Pots and Pans Primary Residence | J | $20.00 |
| | | Kitchen Table & Chairs | J | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Timothy James Murphy**                          Case No. _____
     **Linda Sue Murphy**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Primary Residence | | |
| | | Kitchen Stove<br>Primary Residence | J | $20.00 |
| | | Buffet<br>Primary Residence | J | $20.00 |
| | | Dining Room Table & Chairs<br>Primary Residence | J | $25.00 |
| | | Entertainment Center<br>Primary Residence | J | $25.00 |
| | | Love Seat<br>Primary Residence | J | $10.00 |
| | | Recliner<br>Primary Residence | J | $20.00 |
| | | Couch<br>Primary Residence | J | $20.00 |
| | | Refridgerator<br>Primary Residence | J | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Boys pants, shirts, ect..<br>Primary Residence | J | $300.00 |
| | | Girls pants, shirts, ect<br>Primary Residence | J | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Timothy James Murphy**                        Case No. _____
       **Linda Sue Murphy**                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Men's pants, shirts, jackets, ect<br>Primary Residence | H | $200.00 |
| | | Womens shirts, pants, skirts ect<br>Primary Residence | J | $200.00 |
| 7. Furs and jewelry. | | Men's wedding band<br>Primary Residence | H | $50.00 |
| | | Women's wedding band<br>Primary Residence | W | $200.00 |
| 8. Firearms and sports, photo-<br>graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.<br>Name insurance company of each<br>policy and itemize surrender or<br>refund value of each. | X | | | |
| 10. Annuities.  Itemize and name<br>each issuer. | X | | | |
| 11. Interests in an education IRA as<br>defined in 26 U.S.C. § 530(b)(1) or<br>under a qualified State tuition plan<br>as defined in 26 U.S.C. § 529(b)(1).<br>Give particulars.  (File separately<br>the record(s) of any such interest(s).<br>11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh,<br>or other pension or profit sharing<br>plans.  Give particulars. | | Linda's IRA<br>Ameriprise Financial Account | W | $12,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Timothy James Murphy**                    Case No. _____
       **Linda Sue Murphy**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Term Life Insurance Policy for Tim Jacksonville Life Insurance Company | J | $500,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Timothy James Murphy**                           Case No. _____
       **Linda Sue Murphy**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Plymouth Grand Voyager Located at primary residence | J | $500.00 |
| | | 1996 Dodge Intrepid Pimary residence | J | $1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Timothy James Murphy**                                      Case No. _____
       **Linda Sue Murphy**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Black Lab<br>Primary Residence | J | $0.00 |
| | | Black and White Cat<br>Primary Residence | J | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Above Ground swimming pool<br>Primary Residence | J | $100.00 |

_____5_____ continuation sheets attached                                          **Total  >**   **$572,115.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No. _____
                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Tim's 401K Retirement Account<br>John Hancock USA | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-704 | $8,000.00<br>$47,000.00 | $55,000.00 |
| Checking Account<br>Harris Bank, Roselle | 735 ILCS 5/12-1001(b) | $0.00 | $500.00 |
| Health Care Savings Account (HSA)<br>American Chartered Bank | 735 ILCS 5/12-1001(b) | $0.00 | $1,000.00 |
| Queen Bed<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $25.00 |
| Twin Bed<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $10.00 |
| Bunk Beds<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $25.00 |
| Desk<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $10.00 |
| 3 sets of Bookshelves<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $15.00 |
| Dishes, Pots and Pans<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| Kitchen Table & Chairs<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| | | $55,000.00 | $56,625.00 |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Timothy James Murphy**                          Case No.  _____
       **Linda Sue Murphy**                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Kitchen Stove<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| Buffet<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| Dining Room Table & Chairs<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $25.00 |
| Entertainment Center<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $25.00 |
| Love Seat<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $10.00 |
| Recliner<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| Couch<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $20.00 |
| Refridgerator<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $50.00 |
| Boys pants, shirts, ect..<br>Primary Residence | 735 ILCS 5/12-1001(a), (e) | $300.00 | $300.00 |
| Girls pants, shirts, ect<br>Primary Residence | 735 ILCS 5/12-1001(a), (e) | $200.00 | $200.00 |
| Men's pants, shirts, jackets, ect<br>Primary Residence | 735 ILCS 5/12-1001(a), (e) | $200.00 | $200.00 |
| Womens shirts, pants, skirts ect<br>Primary Residence | 735 ILCS 5/12-1001(a), (e) | $200.00 | $200.00 |
| Men's wedding band<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $50.00 |
|  |  | **$55,900.00** | **$57,765.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No.  _____
                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Women's wedding band<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $200.00 |
| Linda's IRA<br>Ameriprise Financial Account | 735 ILCS 5/12-704 | $12,000.00 | $12,000.00 |
| Term Life Insurance Policy for Tim<br>Jacksonville Life Insurance Company | 215 ILCS 5/238 | $500,000.00 | $500,000.00 |
| 1994 Plymouth Grand Voyager<br>Located at primary residence | 735 ILCS 5/12-1001(c) | $500.00 | $500.00 |
| 1996 Dodge Intrepid<br>Pimary residence | 735 ILCS 5/12-1001(c) | $1,500.00 | $1,500.00 |
| Above Ground swimming pool<br>Primary Residence | 735 ILCS 5/12-1001(b) | $0.00 | $100.00 |
| | | **$569,900.00** | **$572,065.00** |

B6E (Official Form 6E) (12/07)

In re  **Timothy James Murphy**                                        Case No. _____
       **Linda Sue Murphy**                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Timothy James Murphy**                                      Case No. _____
      **Linda Sue Murphy**                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx7976**<br>**Acuie Care Specialists, Ltd.**<br>**911 Elm Street, Suite 215**<br>**Hinsdale, IL 60521** | | C | DATE INCURRED: **1/9/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$40.26** |
| **Representing:**<br>**Acuie Care Specialists, Ltd.** | | | **Merchants' Credit Guide Co.**<br>**223 West Jackson Blvd.**<br>**Chicago, IL 60606** | | | | **Notice Only** |
| ACCT #:  **x-xxxxxx7-001**<br>**Adventist Glenoaks Hospital**<br>**P.O. Box 4657**<br>**Oak Brook, IL 60522** | | C | DATE INCURRED: **5/12/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$361.83** |
| **Representing:**<br>**Adventist Glenoaks Hospital** | | | **Kevin B. Willson, Law Offices**<br>**P.O. Box 24103**<br>**Chattanooga, TN 37422** | | | | **Notice Only** |
| **Representing:**<br>**Adventist Glenoaks Hospital** | | | **Merchants' Credit Guide Company**<br>**223 West Jackson Blvd.**<br>**Chicago, IL 60606** | | | | **Notice Only** |
| ACCT #:  **x-xxx3109**<br>**Adventist Glenoaks Hospital**<br>**P.O. Box 4657**<br>**Oak Brook, IL 60522** | | C | DATE INCURRED: **1/9/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$400.32** |

Subtotal >    **$802.41**

Total >
(Use only on last page of the completed Schedule F.)

_____**31**_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                              Case No. _____
       **Linda Sue Murphy**                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Adventist Glenoaks Hospital** | | | Malcolm S. Gerald and Associates 332 South Michigan Avenue Suite 600 Chicago, IL 60604 | | | | **Notice Only** |
| **Representing:** **Adventist Glenoaks Hospital** | | | Merchants' Credit Guide Company 223 West Jackson Blvd. Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:  **x-xxx3119** **Adventist Glenoaks Hospital** **P.O. Box 4657** **Oak Brook, IL 60522** | C | | DATE INCURRED:  **1/9/2006** CONSIDERATION: **Medical bills** REMARKS: | | | | **$595.57** |
| **Representing:** **Adventist Glenoaks Hospital** | | | Malcolm S. Gerald and Associates 332 South Michigan Avenue Suite 600 Chicago, IL 60604 | | | | **Notice Only** |
| **Representing:** **Adventist Glenoaks Hospital** | | | Merchants' Credit Guide Company 223 West Jackson Blvd. Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:   **xxx8284** **Adventist Glenoaks Hospital** **P.O. Box 4657** **Oak Brook, IL 60522** | C | | DATE INCURRED:  **9/6/2005** CONSIDERATION: **Medical bills** REMARKS: | | | | **$157.39** |

Sheet no. ____1____ of ____31____ continuation sheets attached to                         **Subtotal >**      **$752.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>Adventist Glenoaks Hospital | | | Malcolm S. Gerald and Associates<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | | | **Notice Only** |
| Representing:<br>Adventist Glenoaks Hospital | | | Merchants' Credit Guide Company<br>223 West Jackson Blvd.<br>Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:  **xxx6600**<br>**Adventist Glenoaks Hospital**<br>**P.O. Box 4657**<br>**Oak Brook, IL 60522** | C | | DATE INCURRED:  **2/11/2005**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$197.20** |
| Representing:<br>Adventist Glenoaks Hospital | | | Malcolm S. Gerald and Associates<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | | | **Notice Only** |
| Representing:<br>Adventist Glenoaks Hospital | | | Merchants' Credit Guide Company<br>223 West Jackson Blvd.<br>Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:  **xxx8599**<br>**Adventist Glenoaks Hospital**<br>**P.O. Box 4657**<br>**Oak Brook, IL 60522** | C | | DATE INCURRED:  **5/19/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$236.32** |

Sheet no. ____**2**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$433.52**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**
**Linda Sue Murphy**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>Adventist Glenoaks Hospital | | | Malcolm S. Gerald and Associates<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | | | **Notice Only** |
| Representing:<br>Adventist Glenoaks Hospital | | | Merchants' Credit Guide Company<br>223 West Jackson Blvd.<br>Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:  **xxx2149**<br>**Adventist Glenoaks Hospital**<br>**P.O. Box 4657**<br>**Oak Brook, IL 60522** | C | | DATE INCURRED:  **3/22/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$168.05** |
| Representing:<br>Adventist Glenoaks Hospital | | | Malcolm S. Gerald and Associates<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | | | **Notice Only** |
| Representing:<br>Adventist Glenoaks Hospital | | | Merchants' Credit Guide Company<br>223 West Jackson Blvd.<br>Chicago, IL 60606 | | | | **Notice Only** |
| ACCT #:  **xxxx82-00**<br>**Aegis Surgical - Glen Oaks**<br>**5201 S. Willow Springs Road, Suite 400**<br>**LaGrange, IL 60525** | C | | DATE INCURRED:  **1/9/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$50.00** |

Sheet no. _____3_____ of _____31_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$218.05**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No. _____
                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Aegis Surgical - Glen Oaks** | | | **Credit Mnagement Services**<br>**9525 Sweet Valley Drive**<br>**Valley View , OH 44125** | | | | **Notice Only** |
| **Representing:**<br>**Aegis Surgical - Glen Oaks** | | | **Transworld Systems**<br>**2235 Mercury Way**<br>**Suite 275**<br>**Santa Rosa, CA 95407-5413** | | | | **Notice Only** |
| ACCT #:  **xxxxl000**<br>**Alex B. Lipowich**<br>**800 Biesterfield Road, Suite 2004**<br>**Elk Grove, IL 60007-3364** | C | | DATE INCURRED:  **10/3/2005**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$61.00** |
| **Representing:**<br>**Alex B. Lipowich** | | | **American Collection Corporation**<br>**919 Estes Court**<br>**Schaumburg, IL 60193-4427** | | | | **Notice Only** |
| ACCT #:  **x8798**<br>**Alexian Brothers Behavioral Health Hospi**<br>**1650 Moon Lake Blvd.**<br>**Hoffman Estates, IL 60194** | C | | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$561.00** |
| ACCT #:  **xxxxxxx0111**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **2/17/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$85.00** |

Sheet no. ____4____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$707.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                           Case No. _____
       **Linda Sue Murphy**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| Representing:<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx0114**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **1/12/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$320.00** |
| Representing:<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| Representing:<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx4358**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **7/11/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$1,476.00** |

Sheet no. ____**5**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$1,796.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy James Murphy**                                Case No. _____
      **Linda Sue Murphy**                                           (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   **xxxxx-x0071**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **10/12/2005**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$176.00** |
| ACCT #:   **xxxxxxxx6656**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **10/16/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$419.04** |
| ACCT #:   **xxxxxxxx5692**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **3/6/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$124.00** |
| ACCT #:   **xxxxxxxx3191**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **5/21/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$276.00** |
| ACCT #:   **xxxxxxxx7611**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **1/15/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$650.00** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**31**____ continuation sheets attached to          Subtotal >     **$1,645.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No. _____
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx1614**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **12/01/2003**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$170.00** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx7431**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **3/5/2007**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$565.78** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | **Notice Only** |

Sheet no. ____7____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$735.78**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                           Case No. _____
       **Linda Sue Murphy**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx3122** **Alexian Brothers Medical Center** **800 Biesterfield Road** **Elk Grove, IL 60007-3397** | **C** | | DATE INCURRED:  **9/15/2008** CONSIDERATION: **Medical bills** REMARKS: | | | | **$263.20** |
| **Representing:** **Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx2992** **Alexian Brothers Medical Center** **800 Biesterfield Road** **Elk Grove, IL 60007-3397** | **C** | | DATE INCURRED:  **4/23/2007** CONSIDERATION: **Medical bills** REMARKS: | | | | **$495.65** |
| **Representing:** **Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.** **222 Merchandise Mart Plaza** **Suite 1900** **Chicago, IL 60654** | | | | **Notice Only** |
| **Representing:** **Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | | **Notice Only** |

Sheet no. ____**8**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                **$758.85**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**         Case No. _____
       **Linda Sue Murphy**                                       (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx2666<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED: **8/28/2007**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $286.60 |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  xxxxxxxx0407<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED: **3/11/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $195.00 |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**31**____ continuation sheets attached to                 **Subtotal >**     **$481.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                           **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                    Case No. _____
       **Linda Sue Murphy**                                   (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx2848<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:  **5/19/2007**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $173.52 |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  xxxxxxx0594<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:  **11/19/2003**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $42.50 |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**31**____ continuation sheets attached to         **Subtotal >**         **$216.02**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**
**Linda Sue Murphy**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx0071<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **10/12/2005**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$52.80** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Harris & Harris, Ltd.**<br>**600 West Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60661** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  xxxxxxxx5262<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **1/7/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$321.28** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  xxxxxxxx1330<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED:   **4/22/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$30.48** |

Sheet no. ____11____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$404.56**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                                    Case No. _____
       **Linda Sue Murphy**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx0098**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **8/27/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$213.08** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx1299**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | C | | DATE INCURRED:  **3/1/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$271.24** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Malcom S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| **Representing:**<br>**Alexian Brothers Medical Center** | | | **Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**31**____ continuation sheets attached to                                          **Subtotal >**          **$484.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                 **Total >**
                                                         **(Use only on last page of the completed Schedule F.)**
                                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy James Murphy**          Case No. _____
　　　　**Linda Sue Murphy**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx2124<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED: **3/6/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$55.20** |
| Representing:<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  xxxxxxxx9025<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove, IL 60007-3397** | | C | DATE INCURRED: **3/2/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$483.00** |
| Representing:<br>**Alexian Brothers Medical Center** | | | **Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  890<br>**Associates For Family Dentistry Chicago,**<br>**183 South Bloomingdale Road, Suite 3**<br>**Bloomingdale, IL 60108** | | C | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$1,210.20** |
| ACCT #:  xx6553<br>**Athletico Ltd.**<br>**625 Enterprise Drive**<br>**Oak Brook, IL 60523** | | C | DATE INCURRED: **4/19/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$165.00** |

Sheet no. ____13_____ of ____31____ continuation sheets attached to          **Subtotal >**          **$1,913.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**                           Case No. _____
        **Linda Sue Murphy**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Athletico Ltd. | | | Baker & Miller, P.C. 29 N. Wacker Drive 5th Floor Chicago, IL 60606-2854 | | | | **Notice Only** |
| Representing: Athletico Ltd. | | | Credit Management Services 25 Northwest Point Blvd. Suite 750 Elk Grove, IL 60007-1030 | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxxxx4911 Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | C | | DATE INCURRED:  **11/08/2004** CONSIDERATION: **Other** REMARKS: | | | | **$18,105.80** |
| Representing: Bank of America | | | Collectcorp Corporation 455 North 3rd Street Suite 260 Phoenix, AZ 85004-3924 | | | | **Notice Only** |
| Representing: Bank of America | | | National Enterprise Systems 29125 Solon Road Solon, OH 44139-3442 | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxxxx5413 Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | C | | DATE INCURRED:  **12/16/2003** CONSIDERATION: **Other** REMARKS: | | | | **$8,597.91** |

Sheet no. ____14____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$26,703.71**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                              Case No. _____
       **Linda Sue Murphy**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Bank of America** | | | **NCC Business Services, Inc.**<br>**3733 University Blvd.**<br>**Suite 300**<br>**Jacksonville, FL 32217** | | | | **Notice Only** |
| **Representing:**<br>**Bank of America** | | | **Northstar Location Services, LLC**<br>**4285 Genesee Street**<br>**Cheektowaga, NY 14225-1943** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx3830**<br>**Bank of America**<br>**P.O. Box 15726**<br>**, DE 19886-5726** | C | | DATE INCURRED:  **07/07/2005**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$11,861.30** |
| **Representing:**<br>**Bank of America** | | | **Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225** | | | | **Notice Only** |
| **Representing:**<br>**Bank of America** | | | **Viking Collection Service Inc.**<br>**7500 Office Ridge Circle**<br>**Eden Prairie, MN 55344-3678** | | | | **Notice Only** |
| ACCT #:  **xxx-2615**<br>**Bloomingdale Open MRI, LLC**<br>**P.O. Box 844**<br>**Wheaton, IL 60187-0841** | C | | DATE INCURRED:  **8/11/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$65.56** |

Sheet no. ____**15**____ of ____**31**____ continuation sheets attached to                                   **Subtotal >**                      **$11,926.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                      Case No. _____
       **Linda Sue Murphy**                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Bloomingdale Open MRI, LLC** | | | **Illinois Collection Servie, Inc.**<br>P.O. Box 1010<br>Tinley park, IL 60477-9110 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx6817**<br>**Capital One Bank**<br>P.O.Box 70886<br>Charlotte, NC 28272-9903 | C | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | **$10,147.04** |
| **Representing:**<br>**Capital One Bank** | | | **GC Services Limited Partnership**<br>6330 Gulfton<br>Houston, TX 77081 | | | | **Notice Only** |
| **Representing:**<br>**Capital One Bank** | | | **Portfolio Recovery Associates, LLC**<br>P.O. Box 12914<br>Norfolk, VA 23541 | | | | **Notice Only** |
| ACCT #:  **xxx5269**<br>**Central DuPage Hospital**<br>25 North Winfield Road<br>Winfield, IL 60190-1295 | C | | DATE INCURRED:  **9/17/2009**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$950.47** |
| ACCT #:  **xxxxxx6001**<br>**Central DuPage Hospital**<br>25 North Winfield Road<br>Winfield, IL 60190-1295 | C | | DATE INCURRED:  **8/23/2008**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | **$609.96** |

Sheet no. ____**16**____ of ____**31**____ continuation sheets attached to                                    **Subtotal >**                **$11,707.47**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**                                    Case No. _____
       **Linda Sue Murphy**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Central DuPage Hospital** | | | **H&R Accounts, Inc.** **7017 John Deere Parkway** **P.O. Box 672** **Moline, IL 61266-0672** | | | | **Notice Only** |
| ACCT #:  **xxxxxx5001** **Central DuPage Hospital** **25 North Winfield Road** **Winfield, IL 60190-1295** | C | | DATE INCURRED:  **3/5/2009** CONSIDERATION: **Medical bills** REMARKS: | | | | **$86.26** |
| **Representing:** **Central DuPage Hospital** | | | **H&R Accounts, Inc.** **7017 John Deere Parkway** **P.O. Box 672** **Moline, IL 61266-0672** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx2682** **Chase Bank USA** **P.o. Box 15298** **Wilmington, DE 19850-5298** | C | | DATE INCURRED:  **04/2007** CONSIDERATION: **Other** REMARKS: | | | | **$12,596.94** |
| **Representing:** **Chase Bank USA** | | | **Creditors Interchange** **P.O. Box 1335** **Buffalo, NY 14240-1335** | | | | **Notice Only** |
| **Representing:** **Chase Bank USA** | | | **Frederick J. Hanna & Associates, P.C.** **1427 Roswell Road** **Marietta, GA 30062** | | | | **Notice Only** |

Sheet no. ____**17**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$12,683.20**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
**Linda Sue Murphy**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx1006<br>**Discover Card**<br>P.O. Box 15316<br>Wilmington, DE 19850 | | C | DATE INCURRED:  **08/2008**<br>CONSIDERATION:  **Credit cards**<br>REMARKS: | | | | $5,630.27 |
| **Representing:**<br>**Discover Card** | | | **Baker & Miller, P.C.**<br>**29 N. Wacker Drive**<br>**5th Floor**<br>**Chicago, IL 60606-2854** | | | | **Notice Only** |
| ACCT #:  7142<br>**Drs. Boyer & Scheive, P.C.**<br>183 South Bloomingdale Road, Suite 205<br>Bloomingdale, IL 60108 | | C | DATE INCURRED:  **1/18/2003**<br>CONSIDERATION:  **Medical bills**<br>REMARKS: | | | | $295.17 |
| **Representing:**<br>**Drs. Boyer & Scheive, P.C.** | | | **Collection Professionals, Inc.**<br>**1256 West Jefferson Street**<br>**Suite 200**<br>**Joliet, IL 60435-6889** | | | | **Notice Only** |
| ACCT #:  xxx-x-xxxxx5534<br>**DuPage Pathology Associates**<br>520 E 22nd Street<br>Lombard, IL 60148 | | C | DATE INCURRED:  **5/12/2008**<br>CONSIDERATION:  **Medical bills**<br>REMARKS: | | | | $127.00 |
| ACCT #:  xxx-x-xxxxx4493<br>**DuPage Pathology Associates**<br>520 E 22nd Street<br>Lombard, IL 60148 | | C | DATE INCURRED:  **9/6/2005**<br>CONSIDERATION:  **Medical bills**<br>REMARKS: | | | | $72.00 |

Sheet no. ____18____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6,124.44**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**          Case No. _____
    **Linda Sue Murphy**                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** <br> **DuPage Pathology Associates** | | | **OSI Collection Services** <br> **1375 East Woodfield Road** <br> **Suite 110** <br> **Schaumburg, IL 60173-5447** | | | | **Notice Only** |
| ACCT #:   **xxx-x-xxxxxx2438** <br> **DuPage Pathology Associates** <br> **520 E 22nd Street** <br> **Lombard, IL 60148** | C | | DATE INCURRED:  **1/6/2005** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | **$200.00** |
| ACCT #:   **xx-xxx6170** <br> **Elk Grove Radiology** <br> **75 Remittance Drive, Suite 6500** <br> **Chicago, IL 60675-6500** | C | | DATE INCURRED:  **10/12/2005** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | **$126.00** |
| **Representing:** <br> **Elk Grove Radiology** | | | **Illinois Collection Servive, Inc.** <br> **P.O. Box 1010** <br> **Tinley park, IL 60477-9110** | | | | **Notice Only** |
| ACCT #:   **xx-xxx6170** <br> **Elk Grove Radiology** <br> **75 Remittance Drive, Suite 6500** <br> **Chicago, IL 60675-6500** | C | | DATE INCURRED:  **9/15/2008** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | **$24.86** |
| **Representing:** <br> **Elk Grove Radiology** | | | **Illinois Collection Servive, Inc.** <br> **P.O. Box 1010** <br> **Tinley park, IL 60477-9110** | | | | **Notice Only** |

Sheet no. ____**19**____ of ____**31**____ continuation sheets attached to          **Subtotal >**          **$350.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                              Case No. _____
       **Linda Sue Murphy**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx6170** <br> **Elk Grove Radiology** <br> **75 Remittance Drive, Suite 6500** <br> **Chicago, IL 60675-6500** | C | | DATE INCURRED:  **3/5/2007** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | $116.04 |
| **Representing:** <br> **Elk Grove Radiology** | | | **Illinois Collection Servive, Inc.** <br> **P.O. Box 1010** <br> **Tinley park, IL 60477-9110** | | | | **Notice Only** |
| ACCT #:  **xx-xxx6170** <br> **Elk Grove Radiology** <br> **75 Remittance Drive, Suite 6500** <br> **Chicago, IL 60675-6500** | C | | DATE INCURRED:  **1/7/2009** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | $116.71 |
| **Representing:** <br> **Elk Grove Radiology** | | | **Illinois Collection Servive, Inc.** <br> **P.O. Box 1010** <br> **Tinley park, IL 60477-9110** | | | | **Notice Only** |
| ACCT #:  **xxx0361** <br> **Empi, Inc.** <br> **599 Cardigan Road** <br> **St. Paul, MN 55126** | C | | DATE INCURRED:  **5/18/2004** <br> CONSIDERATION: <br> **Medical bills** <br> REMARKS: | | | | $743.23 |
| **Representing:** <br> **Empi, Inc.** | | | **Pinnacle Financial Group** <br> **7825 Washington Avenue** <br> **Suite 310** <br> **Minneapolis, MN 55439** | | | | **Notice Only** |

Sheet no. ____**20**____ of ____**31**____ continuation sheets attached to                              **Subtotal >**          **$975.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**
        **Linda Sue Murphy**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx0361**<br>**Empi, Inc.**<br>**599 Cardigan Road**<br>**St. Paul, MN 55126** | | C | DATE INCURRED:  **5/11/2004**<br>CONSIDERATION:  **Medical bills**<br>REMARKS: | | | | **$70.19** |
| **Representing:**<br>**Empi, Inc.** | | | **Pinnacle Financial Group**<br>**7825 Washington Avenue**<br>**Suite 310**<br>**Minneapolis, MN 55439** | | | | **Notice Only** |
| ACCT #:  **xxx0361**<br>**Empi, Inc.**<br>**599 Cardigan Road**<br>**St. Paul, MN 55126** | | C | DATE INCURRED:  **3/18/2004**<br>CONSIDERATION:  **Medical bills**<br>REMARKS: | | | | **$273.60** |
| **Representing:**<br>**Empi, Inc.** | | | **Pinnacle Financial Group**<br>**7825 Washington Avenue**<br>**Suite 310**<br>**Minneapolis, MN 55439** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9472**<br>**GE Money Bank / JC Penney**<br>**P.O. Box 981425**<br>**El Paso, TX 79998** | | C | DATE INCURRED:  **12/2006**<br>CONSIDERATION:  **Credit cards**<br>REMARKS: | | | | **$4,000.90** |
| **Representing:**<br>**GE Money Bank / JC Penney** | | | **AIS Services, LLC**<br>**50 California Street**<br>**Suite 1500**<br>**San Francisco, CA 94111-4612** | | | | **Notice Only** |

Sheet no. ____**21**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,344.69**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                                     Case No. _____
        **Linda Sue Murphy**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **GE Money Bank / JC Penney** | | | **P & B Capital Group, LLC** **461 Ellicott Street** **3rd Floor** **Buffalo, NY 14203-1519** | | | | **Notice Only** |
| ACCT #:  **xxx3813** **George J. Carioscia, DPM** **117 West Lake Street** **Bloomingdale, IL 60108** | C | | DATE INCURRED:  **9/11/2006** CONSIDERATION: **Medical bills** REMARKS: | | | | **$1,038.75** |
| **Representing:** **George J. Carioscia, DPM** | | | **Certified Services, Inc.** **1733 Washington Street** **Suite 201** **Waukegan, IL 60085** | | | | **Notice Only** |
| ACCT #:  **xx7976** **GlenOaks Anesthesia** **911 Elm Street, Suite 215** **Hinsdale, IL 60521** | C | | DATE INCURRED:  **1/9/2006** CONSIDERATION: **Medical bills** REMARKS: | | | | **$64.88** |
| **Representing:** **GlenOaks Anesthesia** | | | **Merchants' Credit Guide Co.** **223 West Jackson Blvd.** **Chicago, IL 60606** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx6677** **Home Depot Credit Services** **P.o. Box 689147** **Des Moines, IA 50368-9147** | C | | DATE INCURRED:  **04/26/2008** CONSIDERATION: **Credit cards** REMARKS: | | | | **$707.08** |

Sheet no. ____**22**____ of ____**31**____ continuation sheets attached to                                    Subtotal >                     **$1,810.71**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                              Total >
                                                            (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy James Murphy**
        **Linda Sue Murphy**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Home Depot Credit Services** | | | **Client Services, Inc. / Citicards**<br>P.O. Box 1503<br>St, Peters, MO 63376-0027 | | | | **Notice Only** |
| ACCT #:   **xxxxxxxxxxxx8778**<br>**HSBC / Menards**<br>**P.O. Box 15524**<br>**Wilmington, DE 19850** | C | | DATE INCURRED:   **2006**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | **$1,672.00** |
| **Representing:**<br>**HSBC / Menards** | | | **Creditors Financial Group, LLC**<br>3131 South Vaughn Way<br>Suite 110<br>Aurora, CO 80014 | | | | **Notice Only** |
| **Representing:**<br>**HSBC / Menards** | | | **LVNV Funding, LLC**<br>P.O.Box 10497<br>Greenville, SC 29603 | | | | **Notice Only** |
| ACCT #:   **xxxxxxxxxxxx2976**<br>**HSBC Retail Services**<br>**P.O. Box 15524**<br>**Wilmington, DE 19850-5524** | C | | DATE INCURRED:   **2007**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | **$2,627.00** |
| **Representing:**<br>**HSBC Retail Services** | | | **LDG Financial Services, LLC**<br>7001 Peachtree Industrial Blvd.<br>Suite 320<br>Norcross, GA 30092 | | | | **Notice Only** |

Sheet no. ____**23**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$4,299.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
**Linda Sue Murphy**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: HSBC Retail Services | | | LVNV Funding, LLC P.O.Box 10497 Greenville, SC 29603 | | | | **Notice Only** |
| ACCT #:  **xxxxxx9601** HSBC Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | C | DATE INCURRED:  **4/11/2009** CONSIDERATION: **Credit cards** REMARKS: | | | | **$863.51** |
| Representing: HSBC Retail Services | | | Corporate Receivables Inc. P.O. Box 32995 Phoenix, AZ 85064-2995 | | | | **Notice Only** |
| ACCT #:  **x-xx720.0** Illinois Pain Institute 431 Summit Street Elgin, IL 60120 | | C | DATE INCURRED:  **11/12/2008** CONSIDERATION: **Medical bills** REMARKS: | | | | **$1,615.11** |
| ACCT #:  **x-xx720.0** Illinois Pain Institute 431 Summit Street Elgin, IL 60120 | | C | DATE INCURRED:  **10/15/2008** CONSIDERATION: **Medical bills** REMARKS: | | | | **$729.74** |
| ACCT #:  **x-xx720.0** Illinois Pain Institute 431 Summit Street Elgin, IL 60120 | | C | DATE INCURRED:  **1/5/2009** CONSIDERATION: **Medical bills** REMARKS: | | | | **$332.02** |

Sheet no. ____24____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$3,540.38**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**
       **Linda Sue Murphy**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Illinois Pain Institute** | | | **Northwest Collectors Inc.** **3601 Algonquin Road** **Suite 232** **Rolling Meadows, IL 60008-3106** | | | | **Notice Only** |
| ACCT #:  **xx7976** **Joseph A. Lagattuta, MD, Ltd.** **P.O. Box 7007** **Bolingbrook, IL 60440** | C | | DATE INCURRED:  **5/27/2008** CONSIDERATION: **Medical bills** REMARKS: | | | | **$37.89** |
| **Representing:** **Joseph A. Lagattuta, MD, Ltd.** | | | **Merchants' Credit Guide Co.** **223 West Jackson Blvd.** **Chicago, IL 60606** | | | | **Notice Only** |
| ACCT #:  **xxxxxx5187** **Kohl's / Chase Bank** **P.O. Box 3115** **Milwaukee, WI 53201** | C | | DATE INCURRED:  **2006** CONSIDERATION: **Credit cards** REMARKS: | | | | **$2,720.11** |
| **Representing:** **Kohl's / Chase Bank** | | | **I.C. System, Inc.** **444 Highway 96 East** **P.O. Box 64887** **St. Paul, MN 55164-0887** | | | | **Notice Only** |
| **Representing:** **Kohl's / Chase Bank** | | | **Tritium Card Services** **865 Merrick Avenue** **4th Floor** **Westbury, NY 11590** | | | | **Notice Only** |

Sheet no. ____25____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,758.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                                    Case No. _____
       **Linda Sue Murphy**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7674<br>**Kohl's / Chase Bank**<br>**P.O. Box 3115**<br>**Milwaukee, WI 53201** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | $1,331.32 |
| **Representing:**<br>**Kohl's / Chase Bank** | | | **Enhanced Recovery Corporation**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | | | **Notice Only** |
| **Representing:**<br>**Kohl's / Chase Bank** | | | **Progressive Financial Services**<br>**1919 W Fairmont**<br>**Suite 8**<br>**Tempe, AZ 85282** | | | | **Notice Only** |
| ACCT #:  xxxx2481<br>**LabCorp**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | | C | DATE INCURRED:  **1/6/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $514.00 |
| **Representing:**<br>**LabCorp** | | | **American Medical Collection Agency**<br>**P.O. Box 1235**<br>**Elmsford, NY 10523-0935** | | | | **Notice Only** |
| **Representing:**<br>**LabCorp** | | | **Credit Colletion Services**<br>**Two Wells Avenue**<br>**Dept. 587**<br>**Newton, MA 02459** | | | | **Notice Only** |

Sheet no. ____26____ of ____31____ continuation sheets attached to                                **Subtotal >**        **$1,845.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                        **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy James Murphy**
        **Linda Sue Murphy**

Case No. _____
                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8135<br>**MCI**<br>**500 Technology Drive, Suite 300**<br>**Weldon Springs, MO 63304** | | C | DATE INCURRED:  **7/2008**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $428.80 |
| **Representing:**<br>**MCI** | | | **I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**St. Paul, MN 55164-0437** | | | | **Notice Only** |
| **Representing:**<br>**MCI** | | | **Solomon and Solomon, P.C.**<br>**Five Columbia Circle**<br>**Albany, NY 12203** | | | | **Notice Only** |
| ACCT #:  xxx-x0564<br>**MEA Elk Grove LLC**<br>**P.O. Box 366**<br>**Hinsdale, IL 60522** | | C | DATE INCURRED:  **10/16/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $38.00 |
| ACCT #:  xxx-x2850<br>**MEA Elk Grove LLC**<br>**P.O. Box 366**<br>**Hinsdale, IL 60522** | | C | DATE INCURRED:  **10/25/2006**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $628.00 |
| ACCT #:  xxx-x3950<br>**MEA-AEA, LLC**<br>**1555 Barrington Road**<br>**Hoffman Estates, IL 60194** | | C | DATE INCURRED:  **11/5/2004**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $411.80 |

Sheet no. ____27____ of ____31____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,506.60**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy James Murphy**                                    Case No. _____
       **Linda Sue Murphy**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**MEA-AEA, LLC** | | | **Dependon Collection Service, Inc.**<br>**P.O. Box 4833**<br>**Oak Brook, IL 60522** | | | | **Notice Only** |
| ACCT #:  **N/A**<br>**Michael J. Kappel**<br>**5940 W Gunnison Street**<br>**Chicago, IL 60630** | C | | DATE INCURRED:  **6/14/1996**<br>CONSIDERATION:<br>**Personal loan**<br>REMARKS: | | | | **$25,009.73** |
| ACCT #:  **xxxxxxxxxxxx6931**<br>**Sams Club / GE Money Bank**<br>**P.O. Box 981064**<br>**El Paso, TX 79998** | C | | DATE INCURRED:  **02/2009**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | **$682.80** |
| **Representing:**<br>**Sams Club / GE Money Bank** | | | **Meyer & Njus, P.A.**<br>**1100 U.S. Bank Plaza**<br>**200 South Sixth Street**<br>**Minneapolis, MN 55402** | | | | **Notice Only** |
| **Representing:**<br>**Sams Club / GE Money Bank** | | | **NCO Financial Systems Inc.**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353-0942** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx2200**<br>**Sams Club Discover / GE Money Bank**<br>**P.O. Box 981400**<br>**El Paso, TX 79998** | C | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit cards**<br>REMARKS: | | | | **$4,356.79** |

Sheet no. ____**28**____ of ____**31**____ continuation sheets attached to                                    **Subtotal >**                  **$30,049.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                          **Total >**
                                                                              **(Use only on last page of the completed Schedule F.)**
                                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**      Case No. _____
    **Linda Sue Murphy**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Sams Club Discover / GE Money Bank** | | | **Allied Interstate** **3000 Corporate Exchange Drive** **5th Floor** **Columbus, OH 43231** | | | | **Notice Only** |
| **Representing:** **Sams Club Discover / GE Money Bank** | | | **Paragon Way, Inc.** **7500 Rialto Blvd.** **Building 1, Suite 100** **Austin, TX 78735** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9128** **Sears Gold Mastercard / Citibank** **P.O. Box 6241** **Sioux Falls, SD 57117** | C | | DATE INCURRED:  **2006** CONSIDERATION: **Credit cards** REMARKS: | | | | **$1,114.70** |
| **Representing:** **Sears Gold Mastercard / Citibank** | | | **Blatt, Hasenmiller, Leibsker & Moore LLC** **125 South Wacker** **Suite 400** **Chicago, IL 60606-4440** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx3760** **St. Alexius Medical Center** **1555 Barrington Road** **Hoffman Estates, IL 60194** | C | | DATE INCURRED:  **1/19/2007** CONSIDERATION: **Medical bills** REMARKS: | | | | **$217.44** |
| **Representing:** **St. Alexius Medical Center** | | | **Harris & Harris, Ltd.** **222 Merchandise Mart Plaza** **Suite 1900** **Chicago, IL 60654** | | | | **Notice Only** |

Sheet no. _____29_____ of _____31_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,332.14**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy James Murphy**      Case No. _____
        **Linda Sue Murphy**                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **St. Alexius Medical Center** | | | **Malcom S. Gerald and Associates** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | | **Notice Only** |
| ACCT #:  **xxxxxx5579** **St. Alexius Medical Center** **1555 Barrington Road** **Hoffman Estates, IL 60194** | C | | DATE INCURRED:   **3/2/2004** CONSIDERATION: **Medical bills** REMARKS: | | | | **$120.80** |
| **Representing:** **St. Alexius Medical Center** | | | **ICS Collection Service** **P.O. Box 646** **Oak Lawn, IL 60454-0646** | | | | **Notice Only** |
| **Representing:** **St. Alexius Medical Center** | | | **Pellettieri & Associates, Ltd.** **991 Oak Creek Drive** **Lombard, IL 60148** | | | | **Notice Only** |
| ACCT #:  **xx-xxx3725** **Suburbon Radiologists** **1446 Momentum Place** **Chicago, IL 60689-5314** | C | | DATE INCURRED:   **5/12/2008** CONSIDERATION: **Medical bills** REMARKS: | | | | **$685.00** |
| ACCT #:  **x9754** **Surgeons, Ltd.** **1200 S York Road, Suite 4220** **Elmhurst, IL 60126-5632** | C | | DATE INCURRED:   **1/9/2006** CONSIDERATION: **Medical bills** REMARKS: | | | | **$274.10** |

Sheet no. ____**30**____ of ____**31**____ continuation sheets attached to                    **Subtotal >**      **$1,079.90**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy James Murphy**          Case No. _____
        **Linda Sue Murphy**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Surgeons, Ltd.** | | | **Dependon Collection Service, Inc.** **P.O. Box 4833** **Oak Brook, IL 60522** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**31**_____ of _____**31**_____ continuation sheets attached to      **Subtotal >**      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**      **$134,388.09**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Timothy James Murphy**                                    Case No. _____
      **Linda Sue Murphy**                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Timothy James Murphy**                                    Case No. _____
      **Linda Sue Murphy**                                                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Timothy James Murphy**                                    Case No. _____
       **Linda Sue Murphy**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter | Age(s): 20 | Relationship(s): | Age(s): |
| | Son | 17 | | |
| | Son | 16 | | |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Land Surveyor | Unemployed |
| Name of Employer | Manhard Consulting Ltd. | N/A |
| How Long Employed | 11 years 10 months | |
| Address of Employer | 900 Woodlands Parkway | N/A |
| | Vernon Hills, IL 60061 | N/A, IL |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $8,083.33 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$8,083.33** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $665.14 | $0.00 |
| | b. Social Security Tax | $532.37 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $632.54 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)  401K Loan and HSA Deduction | $667.46 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$2,497.51** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$5,585.82** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Social Security/Gov. Assist. _____ / Social Security/Gov. Assist. | $0.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$5,585.82** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$5,585.82** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Timothy James Murphy**                    Case No. _____
        **Linda Sue Murphy**                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,367.66 |
|    a. Are real estate taxes included? ☑ Yes ☐ No | |
|    b. Is property insurance included? ☑ Yes ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $300.00 |
|            b. Water and sewer | $135.00 |
|            c. Telephone | $180.00 |
|            d. Other:  Waste Disposal | $15.00 |
| 3. Home maintenance (repairs and upkeep) | $300.00 |
| 4. Food | $1,500.00 |
| 5. Clothing | $300.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | $500.00 |
| 8. Transportation (not including car payments) | $600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $0.00 |
|           b. Life | $75.00 |
|           c. Health | $1,265.00 |
|           d. Auto | $185.00 |
|           e. Other: | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | $0.00 |
|           b. Other:  Student Loan | $71.00 |
|           c. Other: | $0.00 |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | $0.00 |
| 15. Payments for support of add'l dependents not living at your home: | $815.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other:  Cable/Internet | $110.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$9,118.66** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $5,585.82 |
| b. Average monthly expenses from Line 18 above | $9,118.66 |
| c. Monthly net income (a. minus b.) | ($3,532.84) |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Timothy James Murphy**                                   Case No.
       **Linda Sue Murphy**

                                                                  Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $310,000.00 | | |
| B - Personal Property | Yes | 6 | $572,115.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | No | 0 | | | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | $134,388.09 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $5,585.82 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $9,118.66 |
| TOTAL | | 47 | $882,115.00 | $134,388.09 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Timothy James Murphy**                                    Case No.
      **Linda Sue Murphy**

                                        Chapter       **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $5,585.82 |
| Average Expenses (from Schedule J, Line 18) | $9,118.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $134,388.09 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $134,388.09 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Timothy James Murphy**                                      Case No.  _____
      **Linda Sue Murphy**                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**49**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **12/31/2009**_____        Signature  _**/s/ Timothy James Murphy**_____
                                                                        **Timothy James Murphy**


Date **12/31/2009**_____        Signature  _**/s/ Linda Sue Murphy**_____
                                                                        **Linda Sue Murphy**
                                                                        [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Timothy James Murphy**                                              Case No.  _____
        **Linda Sue Murphy**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $88,212.85 | 2009 Debtor: Manhard Consulting Ltd. |
| $98,646.93 | 2008 Debtor: Manhard Consulting Ltd. |
| $121,408.63 | 2007 Debtor: Manhard Consulting Ltd. |
| | |
| $0.00 | 2009 Spouse: N/A |
| $0.00 | 2008 Spouse: N/A |
| $2,314.00 | 2007 Spouse: Algonquin Animal Clinic Inc |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 Debtor: N/A |
| $0.00 | 2008 Debtor: N/A |
| | |
| $0.00 | 2009 Spouse: N/A |
| $0.00 | 2008 Spouse: N/A |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Fifth Third Bank**<br>P.O. Box 630412<br>Cincinnati, OH 45263-0412 | 9/12, 10/12, 11/12 | $7,102.98 | $282,973.19 |

---

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Timothy James Murphy**                    Case No. _____
         **Linda Sue Murphy**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None** ☑ c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☑ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

**None** ☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

**None** ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Roselle United Methodist Church 206 South Rush Street Roselle, IL 60172** | **Primary Church** | **Spread throughout the year** | **$265.00 (cash)** |

---

### 8. Losses

**None** ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

**None** ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Timothy James Murphy**                          Case No.   _____
         **Linda Sue Murphy**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Timothy James Murphy**                                  Case No. _____
        **Linda Sue Murphy**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Timothy James Murphy**                                        Case No. _____
         **Linda Sue Murphy**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **Timothy James Murphy**                                   Case No.  _____
         **Linda Sue Murphy**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑
**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None ☑
**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None ☑
**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **12/31/2009**_____          Signature  _____**/s/ Timothy James Murphy**_____
                                                     of Debtor        ***Timothy James Murphy***

Date  **12/31/2009**_____          Signature  _____**/s/ Linda Sue Murphy**_____
                                                     of Joint Debtor  ***Linda Sue Murphy***
                                                     (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Timothy James Murphy**                                        CASE NO
        **Linda Sue Murphy**
                                                                        CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept:                       **$1,500.00**
    Prior to the filing of this statement I have received:             **$1,799.00**
    Balance Due:                                                       **($299.00)**

2.  The source of the compensation paid to me was:
    ☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor              ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**12/31/2009**                          **/s/ Joseph C. Michelotti**
*Date*                                  *Joseph C. Michelotti*              Bar No.  6185760
                                        Michelotti & Associates, Ltd.
                                        1200 Jorie Blvd
                                        Suite 329
                                        Oak Brook, IL 60523
                                        Phone: (630) 928-0100 / Fax: (630) 928-0183

---

**/s/ Timothy James Murphy**                          **/s/ Linda Sue Murphy**
*Timothy James Murphy*                                *Linda Sue Murphy*